UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:                                                    Case No. BG 19-00630
                                                          Chapter 13
DAWN MARIE STILES and
DAVID WILLIAM STILES, II,

        Debtors.
_____/

**CORRECTED[1]**
**ORDER APPROVING AMENDED APPLICATION FOR ADDITIONAL**
**ATTORNEY FEES AND/OR RECOVERY OF COSTS ADVANCED**
**IN A REDUCED AMOUNT**

        PRESENT:   HONORABLE JAMES W. BOYD
                   United States Bankruptcy Judge

        This matter is before the court upon the *Application for Additional Attorney Fees and/or Recovery of Costs Advanced* filed by the Jeffrey D. Mapes, Debtors' attorney, on November 23, 2020 ("Application" at Dkt. No. 61).  On December 8, 2020, the Chapter 13 Trustee filed an *Objection* ("Objection" at Dkt. No. 63).  In the Application, Attorney Mapes sought approval of $1,626.00 in fees and $8.80 for reimbursement of expenses.  Trustee's Objection was partially based upon Attorney Mapes' billing at $275.00 per hour stating it "Mr. Mapes has not received continuing legal education in the area of consumer bankruptcy in the past calendar year". The court scheduled a hearing for January 14, 2021.  Prior to the hearing, on January 11, 2021, Attorney Mapes filed an *Amended Application for Additional Attorney Fees and/or Recovery of Costs Advanced* ("Amended Application" at Dkt. No. 68) that did not address his hourly rate.  The court held a hearing on January 14, 2021 and ultimately adjourned it to February 11, 2021.  Appearing by videoconferencing for that hearing was Jeffrey D. Mapes, Esq. Kurt Steinke, Esq., attorney for the Chapter 13 Trustee.

        For the reasons set forth on the record, and pursuant LBR 2016-2(d)(2) and consistent with the court's Memorandum Regarding Allowance of Compensation and Reimbursement of Expenses for Court-Appointed Professionals, Attorney Mapes' hourly rate will be reduced to $220.00.  This rate reduction would reduce his attorney fee by $583.00 (10.6 hours x $55.00).  Accordingly, $1,043 in additional fees and $8.80 in expenses are awarded.

        NOW, THEREFORE, IT IS HEREBY ORDERED that the *Amended Application for Additional Attorney Fees and/or Recovery of Costs Advanced* be, and hereby is APPROVED and allowed in the amount of $1,043 in fees, a reduction of $583 from the amount originally sought by Applicant, and $8.80 in expenses. Said fees and expenses are awarded pursuant to 11 U.S.C. § 330 and are entitled to administrative expense priority pursuant to 11 U.S.C. §§ 507 and 503(b).

---

[1]   Correction is to add Debtor, David William Stiles, II to the caption.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order pursuant to FED. R. BANKR. P. 9022 and LBR 5005-4 upon the Debtors; Jeffrey D. Mapes, Esq.; the Chapter 13 Trustee; and the Office of the United States Trustee.

END OF ORDER

**IT IS SO ORDERED.**

**Dated February 22, 2021**



James W. Boyd
United States Bankruptcy Judge